No. 644. MERARD HOLDING Co., INC, *v.* FITZGERALD. March 12, 1930. Petition for writ of certiorari to the Supreme Court of Errors and Appeals of Connecticut, denied. *Mr. William Harvey Smith* for petitioner.

*Messrs. Homer Cummings, Walter N. Maguire,* and *Charles D. Lockwood* for respondent.